# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| GREGORY MOBLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 16-0046-CG-C |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 18, 2016 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 2nd day of September, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE