**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| GREGORY MOBLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CA 16-0046-CG-C |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social

Security denying plaintiff benefits be reversed and remanded pursuant to sentence

four of 42 U.S.C. § 405(g), *see Melkonyan v. Sullivan*, 501 U.S. 89, 111 S.Ct. 2157,

115 L.Ed.2d 78 (1991), for further proceedings not inconsistent with this decision.

The remand pursuant to sentence four of § 405(g) makes the plaintiff a prevailing

party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, *Shalala v.*

*Schaefer*, 509 U.S. 292, 112 S.Ct. 2625, 125 L.Ed.2d 239 (1993), and terminates this

Court's jurisdiction over this matter.

   **DONE and ORDERED** this 2nd day of September, 2016.

                              /s/ Callie V. S. Granade
                              SENIOR UNITED STATES DISTRICT JUDGE