IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY MOBLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CA 16-0046-CG-C |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

After due and proper consideration of all portions of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 20, 2016, 2016 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 5th day of January, 2017.

.
                                      /s/ Callie V. S. Granade
                                      SENIOR UNITED STATES DISTRICT JUDGE