IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GREGORY MOBLEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 16-0046-CG-C |
| | ) |
| **CAROLYN W. COLVIN, Acting** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $2,731.73 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**DONE and ORDERED** this 5th day of January, 2017.

.                                                      /s/ Callie V. S. Granade
                                                       SENIOR UNITED STATES DISTRICT JUDGE